EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2013 TSPR 50 |
| | 188 DPR ____ |
| Luis A. Torres Rodríguez | |

Número del Caso: AB-2012-85

Fecha: 26 de abril de 2013

Materia: Conducta Profesional – La suspensión será efectiva el 17 de abril de 2013, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad

.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis A. Torres Rodríguez        AB-2012-85

PER CURIAM

San Juan, Puerto Rico a 26 de marzo de 2013.

Nuevamente nos vemos forzados a ejercer nuestra facultad disciplinaria contra un miembro de la profesión legal por incumplir con los requerimientos de este Tribunal. Por los fundamentos que exponemos a continuación, ordenamos la suspensión inmediata e indefinida del Lcdo. Luis A. Torres Rodríguez del ejercicio de la abogacía y la notaría.

I.

El licenciado Torres Rodríguez fue admitido al ejercicio de la abogacía y de la notaría en 1972. El 7 de marzo de 2012 el Sr. Harry Pérez Albarrán presentó ante nos una queja disciplinaria contra el abogado en la cual alegó que este no tramitó el expediente de dominio por el que se le pagó más de $1,650.

El 19 de marzo de 2012 la Subsecretaria del Tribunal Supremo cursó una comunicación al licenciado Torres Rodríguez concediéndole un término de diez días para contestar la queja. Aunque la recibió, no compareció. El 4 de junio de 2012 se le envió una segunda notificación, la cual también fue recibida. Sin embargo, tampoco compareció. Por ello, el 26 de octubre de 2012 emitimos una Resolución concediéndole un término final de cinco días, contado a partir de la notificación de la Resolución, para que compareciera y contestara la queja presentada en su contra. Le apercibimos que su incumplimiento podría conllevar sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión. La Resolución fue notificada personalmente al licenciado Torres Rodríguez. No obstante, al día de hoy no ha comparecido.

II.

Cada abogado está obligado a atender y cumplir diligentemente con los requerimientos y órdenes de este Tribunal relacionados con su conducta profesional. In re Guzmán Rodríguez, 2013 T.S.P.R. 30, 187 D.P.R. ___ (2013); In re Fiel Martínez, 180 D.P.R. 426, 430 (2010). No hacerlo constituye una violación al Canon 9 del Código de Ética Profesional, que establece que: "[e]l abogado debe observar para con los tribunales una conducta que se caracterice por el mayor respeto". 4 L.P.R.A. Ap. IX C. 9. Véanse además: In re Rosado Cruz, 176 D.P.R. 1012 (2009); In re Salichs Martínez, 131 D.P.R. 481, 490 (1992). Por consiguiente,

cuando un abogado ignora nuestros requerimientos y apercibimientos de sanciones disciplinarias, procede su suspensión inmediata e indefinida del ejercicio de la abogacía. In re Montes Díaz, 184 D.P.R. 90, 94-95 (2012); In re Feliciano Jiménez, 176 D.P.R. 234 (2009).

### III.

Este Tribunal concedió al licenciado Torres Rodríguez tres términos para que cumpliera con nuestra orden de contestar la queja que originó el procedimiento disciplinario en su contra. No obstante, a pesar de que recibió todas nuestras notificaciones, el licenciado Torres Rodríguez no ha comparecido.

Ciertamente, la actitud del licenciado Torres Rodríguez denota, como mínimo, indiferencia ante las órdenes de este Tribunal y constituye una violación a su deber ético de observar una conducta caracterizada por el mayor respeto para con los tribunales.

Por todo lo anterior, se suspende inmediata e indefinidamente al Lcdo. Luis A. Torres Rodríguez del ejercicio de la abogacía y la notaría. Se ordena la incautación de su obra y sello notarial. Estos últimos deberán ser entregados a la Directora o Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Además, el licenciado deberá notificar a todos sus clientes de su inhabilidad de seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión

indefinida a los foros judiciales y administrativos en los que tenga algún caso pendiente. Estas gestiones deberán ser certificadas a este Tribunal dentro del término de treinta días a partir de la notificación de esta Opinión y Sentencia.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Luis A. Torres Rodríguez          AB-2012-85


SENTENCIA


San Juan, Puerto Rico a 26 de marzo de 2013.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende inmediata e indefinidamente al Lcdo. Luis A. Torres Rodríguez del ejercicio de la abogacía y la notaría. Se ordena la incautación de su obra y sello notarial. Estos últimos deberán ser entregados a la Directora o Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Además, el licenciado deberá notificar a todos sus clientes de su inhabilidad de seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos en los que tenga algún caso pendiente. Estas gestiones deberán ser certificadas a este Tribunal dentro del término de treinta días a partir de la notificación de esta Opinión y Sentencia.

Así lo pronuncia, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo